NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE:  STEVEN C. CHUDIK,**
*Appellant*

---

2016-1902

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 11/525,629.

---

## JUDGMENT

---

GREGORY B. BEGGS, Law Offices of Gregory B. Beggs, Downers Grove, IL, argued for appellant.

MEREDITH HOPE SCHOENFELD, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee.  Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, MARY L. KELLY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and STOLL, *Circuit Judges*).


**AFFIRMED.** *See* **Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


January 18, 2017                    /s/ Peter R. Marksteiner
         Date                         Peter R. Marksteiner
                                      Clerk of Court